UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CIVIL ACTION NO. 05-CV-115-KKC

MARY JOE EVERAGE, ET AL.                                          PLAINTIFFS

VS:                    **ORDER AMENDING MEMORANDUM
                        OPINION AND ORDER OF MAY 16, 2005**

OFFICER WHITAKER, ET AL.                                          DEFENDANTS

On May 16, 2005, the Court entered a Memorandum, Opinion and Order ("the Opinion and Order") dismissing some of the claims of the *pro se* plaintiff,  Mary Joe Everage, but ordered summons to issue as to claims against three named defendants:   (a) Perry County Detention Center Deputy Jailer Janice Feltner, in her individual capacity; (b) Perry County Detention Center "Matron" Fugate, in her individual capacity; and (3) "Officer Whitaker," in his individual capacity [Record No. 11].  In the Opinion and Order, the Court advised the plaintiff that she was responsible for serving the defendants with service of process, in compliance with Fed. R. Civ. P. 4 [*Id.*, p. 21, ¶ 11].

The docket sheet reflects that on May 17, 2005, the London Clerk's Office issued summons for the remaining three defendants in this action [Record No. 12].  The plaintiff has filed a letter with the Court stating that she can not afford to pay a fee to the United States Marshal's ("USM") Office in order to have them serve summons on the defendants who remain in this action [Record No. 9].Having previously entered an Order allowing the plaintiff to proceed *in forma pauperis* [Record No. 10], the USM Office is  directed to serve these three defendants with service of process.

The Court being otherwise duly and sufficiently advised, Paragraph 11 of the Court's Memorandum, Opinion and Order of May 16, 2005 is hereby **AMENDED** to reflect as follows:

(11)  The London Clerk's Office shall prepare  as many copies of the complaint as there were

summonses issued on May 17, 2005, and complete the requisite number of USM Form(s) 285.

(a)  If insufficient information exists to sufficiently or effectively complete any summons or USM Form 285 regarding any defendant, the Clerk shall promptly make a clerk's entry on the docket stating why the Clerk cannot fill out the summons or USM Form 285 or any other documents necessary to effectuate service.

(b) The London Clerk's Office shall forward by certified mail the following documents: (i) the summonses previously issued on May 17, 2005, (ii) the requisite number of USM Forms 285; (ii) the requisite number of complaint copies, and (iii) the requisite number of copies of this Order *and* the Opinion and Order [Record No. 11], and/or any other documents necessary to effectuate service.

(c)  The London Clerk's Office shall enter the certified mail receipt into the instant record, and a notation that the delivery to the USM Office of the complaints, summonses, USM Forms 285, and any and all other attachments has been effectuated, and the date upon which it was effectuated.

(d)  The USM Office shall serve a summons, complaint copy, and copy of this Order on the remaining three defendants to this action; service to be made by certified mail, return receipt requested or by personal service.

(e)  The USM Office shall make a return report to the Court of whether the summons is executed or is still unexecuted within forty (40) days of the date of entry of this Order.

This the 20th day of May, 2005.



**Signed By:**

**_Karen K. Caldwell_**

**United States District Judge**