NOT FOR PUBLICATION OR CITATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CIVIL ACTION NO. 05-CV-115-KKC

MARY JOE EVERAGE, ET AL                                              PLAINTIFFS

v.    **MEMORANDUM ORDER**

OFFICER WHITAKER, ET AL.                                             DEFENDANTS

Defendants Janice Feltner, Deputy Jailer at the Perry County Detention Center ("PCDC"), and Evelyn Fugate, a Matron at the PCDC, have filed by and through counsel a "Motion for Leave to File Answer" [Record No. 25]. The *pro se* plaintiff, Mary Joe Everage, has filed a "Motion for Default Judgment" against Feltner and Fugate. [Record No. 32] These motions are before the Court for consideration.

Defendants Feltner and Fugate have objected and responded to the plaintiff's "Motion for Default Judgment." [Record No. 33] They adopt and reiterate the arguments set forth in their "Motion for Leave to File Answer." Defendants Feltner and Fugate allege that they did not receive their copies of the complaint and summons until May 30, 2005, and May 31, 2005, respectively. They filed a motion seeking permission to file a late answer on June 22, 2005, a delay of at best only two days. [Record No. 25]

The Court agrees with Defendants Feltner and Fugate that the filing of their tendered Answer on June 22, 2005, did not cause prejudice to the plaintiff. This is particularly so in light of the fact that on June 13, 2005, the plaintiff filed a "Sworn Affidavit of Compliance" stating that she did not

effectuate service of summons on the other defendant herein until June 10, 2005. The plaintiff has failed to demonstrate in her motion that the defendants' two-day delay in tendering their answers caused her actual prejudice. *See Marshall v. Bowles*, 92 Fed.Appx. 283, 285 (6th Cir. (Ohio) March 14, 2004) (Not selected for publication in the Federal Reporter) (District court did not abuse its discretion in denying plaintiff's motion for default judgment based on defendant's untimely filing of answer, where plaintiff failed to allege that she suffered any prejudice from delay in filing of answer); *Russell v. City of Farmington Hills*, 34 Fed.Appx. 196, 198 (6th Cir. (Ky) April 29, 2002) (Not selected for publication in the Federal Reporter) )(Entry of default judgment against city and builders was not warranted, even though answer had not been filed in time allotted, since condominium owner failed to allege any prejudice suffered due to delay in filing of answers).

Accordingly, **IT IS ORDERED** as follows:

(1) The plaintiff's "Motion for Default Judgment" [Record No.32] is **DENIED**.

(2) The "Motion for Leave to File Answer" filed by Defendants Janice Feltner and Evelyn Fugate [Record No. 25] is **GRANTED**.

(3) The Clerk of the Court is directed to file the "Proposed Answer" of Defendants Feltner and Fugate [Attachment No. 1 to Record No. 25] in the record and assign a docket entry number to same.

This 8th day of August, 2005.



Signed By:

*Karen K. Caldwell*

**United States District Judge**